FILED
JAN 14 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | NO. P-21-CR-004 |
| v. § | **INDICTMENT** |
| SERGIO GUADALUPE CANO-HOLGUIN, § | [Vio: 8 U.S.C. § 1326 Entry after Deportation] |
| Defendant. § | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[8 U.S.C. § 1326]

On or about December 13, 2020, in the Western District of Texas, Defendant,

**SERGIO GUADALUPE CANO-HOLGUIN,**

an alien, attempted to enter, entered, and was found in the United States having previously been denied admission, excluded, deported, and removed therefrom on or about May 9, 2015, and that the defendant had not received consent to reapply for admission to the United States from the U.S. Attorney General or the Secretary of the Department of Homeland Security, the successor for this function pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

A violation of Title 8, United States Code, Section 1326.

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury
_____
FOREPERSON OF THE GRAND JURY

GREGG N. SOFER
UNITED STATES ATTORNEY

BY: _____
JOHN CANNIZZARO
Assistant U.S. Attorney